AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.    **CRIMINAL COMPLAINT**

**IRAIDA FUENTES**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 20, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __OFFICER HARRY ALLEN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER HARRY ALLEN**
**NARCOTICS SPECIAL INVESTIGATION DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                   City and State

_____         _____
**Name & Title of Judicial Officer**        **Signature of Judicial Officer**

## **STATEMENT OF FACTS**

      On February 20, 2007, members of the Metropolitan Police Department received information that a hispanic female was in possession of a kilogram of cocaine, and that she was traveling into the District of Columbia. Officers pulled the vehicle over in the 200 block of Riggs Road, N.E., Washington, D.C. The defendant, Iraida Fuentes, was the front seat passenger. Officers searched the car, and saw a black purse on the floor behind the driver's seat. The purse was partially open, and officers could see a rectangular shape object containing a white powder substance. A portion of the white powder substance field tested positive for cocaine. Recovered from the purse was two children's birth certificates with the name Iraida Fuentes as the mother of the two children. The approximate weight of the white powder substance was 1,207 grams. Officer placed the defendant under arrest.

                                                                                                                            _____
                                                             OFFICER HARRY ALLEN
                                                             NSID, METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF FEBRUARY, 2007.

                                                                                                       _____
                                                                                                       U. S. MAGISTRATE JUDGE